# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

TERRANCE LYNN JOHNSON            CIVIL ACTION NO. 16-0971-P

VERSUS            JUDGE S. MAURICE HICKS, JR.

WARDEN KEITH DEVILLE            MAGISTRATE JUDGE HAYES

## JUDGMENT

The Amended Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Terrance Lynn Johnson's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 (Record Document 1) is hereby **DENIED AND DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.[1]

**THUS DONE AND SIGNED** this 27th day of April, 2017, in Shreveport, Louisiana.

           S. MAURICE HICKS, JR.
           UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Motion for Certificate of Appealability (Record Document 18) is hereby **DENIED**.